UNITED STATES, Appellee

v

LEO R. GRANT, Private First Class, U. S. Marine Corps, Appellant

20 USCMA 187, 43 CMR 27

No. 23,471

December 4, 1970

*Lieutenant Allen D. Black,* JAGC, USNR, was on the pleadings for Appellant, Accused.

*Commander Michael F. Fasanaro, Jr.,* JAGC, USN, was on the pleadings for Appellee, United States.

## Opinion of the Court

DARDEN, Judge:

Failure of the military judge to interrogate the appellant on the record to determine, in compliance with paragraph 53d(2)(b), Manual for Courts-Martial, United States, 1969 (Revised edition), that Grant's request for trial by a military judge alone was "understandingly made" is not reversible error for the reasons stated in United States v Jenkins, 20 USCMA 112, 42 CMR 304 (1970), and United States v Turner, 20 USCMA 167, 43 CMR 7 (1970).

The decision of the United States Navy Court of Military Review is affirmed.

Chief Judge QUINN concurs.

FERGUSON, Judge (dissenting):

I dissent.

I would reverse the decision of the Court of Military Review and direct that a rehearing may be ordered for the reasons set forth in my separate opinions in United States v Jenkins, 20 USCMA 112, 42 CMR 304 (1970), and United States v Turner, 20 USCMA 167, 43 CMR 7 (1970).